UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

NOV 02 2010

JAMES W. McCORMACK, CLERK
By:_____
DEP CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| vs. | ) | 4:10CR 00282 BSM |
| | ) | |
| TONY BRANSCUM | ) | 18 U.S.C. § 241 |
| CURTIS COFFEE | ) | 42 U.S.C. § 3631 |
| JAMES BRADLEY BRANSCUM | ) | 18 U.S.C. § 844(h)(1) |

**INDICTMENT**

THE GRAND JURY CHARGES:

## COUNT ONE

{18 U.S.C. § 241}

On or about August 28, 2010, in the Eastern District of Arkansas, the defendants, TONY

BRANSCUM, CURTIS COFFEE and JAMES BRADLEY BRANSCUM did willfully combine,

conspire, and agree with one another and with a juvenile person both known to the grand jury, to

injure, oppress, threaten, and intimidate an African-American victim whose identity is known to

the grand jury, in the free exercise and enjoyment of a right secured to him by the Constitution

and laws of the United States; that is, the right to occupy a dwelling free from injury,

intimidation, and interference based on race.

### MANNER, METHOD AND OBJECT OF CONSPIRACY

It was part of the plan and purpose of this conspiracy that TONY BRANSCUM, CURTIS

COFFEE, JAMES BRADLEY BRANSCUM and their juvenile co-conspirator would construct a

cross from wooden boards, transport the cross to the victim's apartment building, and burn the

cross in the yard of the apartment building, positioned in front of the window to the apartment

occupied by the victim, and thereby intimidate and interfere with the enjoyment and occupancy of the victim's home.

<h2 style="text-align:center">OVERT ACTS</h2>

In furtherance of the conspiracy, and to accomplish its objectives, the conspirators committed the following overt acts, among others, on or about August 28, 2010, within the Eastern District of Arkansas:

a. TONY BRANSCUM built a cross out of wooden boards, with the assistance of CURTIS COFFEE.

b. CURTIS COFFEE soaked cloth in gasoline.

c. TONY BRANSCUM, CURTIS COFEEE and the juvenile co-conspirator affixed the cloth to the cross.

d. JAMES BRADLEY BRANSCUM transported TONY BRANSCUM, CURTIS COFFEE, the juvenile co-conspirator, and the cross, to the victim's home.

e. CURTIS COFFEE carried the cross into the victim's yard, positioned the cross approximately fifteen feet from the window of the victim's apartment, and ignited the cross.

f. JAMES BRADLEY BRANSCUM transported TONY BRANSCUM, CURTIS COFFEE and the juvenile co-conspirator from the scene.

All in violation of Title 18, United States Code, Section 241.

<h2 style="text-align:center">COUNT TWO</h2>

{42 U.S.C. §§ 3631(a), 18 U.S.C. § 2}

On or about August 28, 2010, in the Eastern District of Arkansas, the defendants, TONY BRANSCUM, CURTIS COFFEE and JAMES BRADLEY BRANSCUM, while aiding and abetting each other and being aided and abetted by a juvenile person known to the grand jury, did by force and threat of force, willfully intimidate and interfere with, and attempt to intimidate and interfere with the victim, who is African-American, because of the victim's race, and because the

2

victim was occupying a dwelling. This offense involved the use and attempted use of fire; specifically, TONY BRANSCUM, CURTIS COFFEE and JAMES BRADLEY BRANSCUM and the juvenile person burned and attempted to burn a cross near the victim's home in order to interfere with the victim's housing rights.

All in violation of Title 42, United States Code, Section 3631, and Title 18 United States Code, Section 2.

## COUNT THREE

{18 U.S.C. § 844(h)(1), 18 U.S.C. § 2}

On or about August 28, 2010, in the Eastern District of Arkansas, the defendants TONY BRANSCUM, CURTIS COFFEE and JAMES BRADLEY BRANSCUM, while aiding and abetting each other and being aided and abetted by a juvenile person known to the grand jury, did willfully use fire to commit a felony offense prosecutable in a court of the United States, namely, the felony offense of Criminal Interference with the Right to Fair Housing, as charged in Count Two of this Indictment and incorporated herein.

All in violation of Title 18 United States Code, Sections 844(h)(1) and 2.

(END OF TEXT.  SIGNATURE PAGE ATTACHED)