```
               IN THE UNITED STATES DISTRICT COURT
                   EASTERN DISTRICT OF ARKANSAS
                         WESTERN DIVISION

UNITED STATES OF AMERICA         )
                                 )
v.                               )    4:10CR00282-03 BSM
                                 )
JAMES BRADLEY BRANSCUM           )
```

## MOTION FOR REVOCATION

Comes now the United States of America by and through its attorney Christopher R. Thyer, United States Attorney for the Eastern District of Arkansas and John Ray White, Assistant United States Attorney for said district and in support of its Motion to Revoke Supervised Release states as follows:

1. The defendant was Indicted in this case November 2, 2010. He was released on conditions pre-trial on November 10, 2010. Trial is currently set for July 25, 2011.

2. On March 9, 2011, Pretrial Services sent a Petition for Action on Conditions of Pretrial Release to the U.S. Attorney's Office, requesting a summons to be issued and the defendant to appear to show-cause to determine if bond should be revoked.

3. The defendant failed to report for random drug screening as directed by code-a-phone instructions on February 2, 12, and 22, 2011.

4. The defendant failed to report by telephone as directed on February 7, 14, and 21, 2011, as directed in his conditions of release.

5. Mr. Branscum advised that he works nights and has problems with going to sleep during the day and missing his drug screen. The defendant did admit that he did use marijuana prior to his drug screen on February 23, 2011. He advised he had not returned to counseling after his first appointment because he was not provided an appointment date. However, Mr. Branscum's counselor advised that he was scheduled for a session on January 27, 2011, but called and advised that he could not report as scheduled. He was rescheduled for February 28, 2011, but did not report on that date. Mr. Branscum has been admonished for his illegal drug use and has been directed to contact his counselor to schedule a counseling appointment.

6. Prior violations reported to the court: On December 13, 2010, a urine specimen was collected from the defendant which was submitted to Alere Laboratories was found to have negative results but was noted to be a diluted specimen.

7. On December 21, 2010, a urine specimen was collected from the defendant which was submitted to Kroll Laboratories and was confirmed positive for THC metabolite.

8. Actions taken to bring the defendant into compliance are as follows: On January 5, 2011, the positive drug screen was discussed with Mr. Branscum and he admitted that he had smoked marijuana approximately four to five weeks ago but states no use

since that time.  Mr. Branscum was referred to outpatient substance abuse counseling.

9. The defendant was provided both written and oral instructions to report each Monday by telephone.  Mr. Branscum has not been consistent in his reports since be began work in February, 2011.

**WHEREFORE**, based on the defendant's violations of supervised release as described above, the United States moves that a summons for the defendant be issued to appear before this court to show cause why his conditions of release should not be revoked.

Respectfully Submitted,

CHRISTOPHER R. THYER
United States Attorney

/s/ JOHN RAY WHITE

_____
By JOHN RAY WHITE
Assistant U.S. Attorney
Bar # 91003
P.O. Box 1229
Little Rock, AR  72203
501-340-2600
John.White2@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on this 15th day of March, 2011, a copy of the foregoing was sent by electronic notification to Dale Adams, Esq.

/s/ JOHN RAY WHITE
JOHN RAY WHITE